IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., and <br> UNILOC LUXEMBOURG, S.A., <br> <br> V. <br> <br> ACRONIS, INC., et al, | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 6:15-cv-1001-RWS-KNM <br> <br> <br> CONSOLIDATED LEAD CASE |
| EMBARCADERO TECHNOLOGIES, INC. | § | Civil Action No. 6:15-cv-1005 |

**ORDER OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS BY UNILOC AGAINST EMBARCADERO**

On this day, the Court considered the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against Embarcadero, filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant Embarcadero Technologies, Inc. ("Embarcadero"). The Court is of the opinion that the Stipulation is well-taken and the case should be DISMISSED under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (ii).

Accordingly, it is ORDERED that:

1. Any and all claims by Uniloc against Embarcadero are dismissed with prejudice.

2. Uniloc and Embarcadero shall each bear their own attorney's fees, expenses and costs.

3. All other relief requested between Uniloc and Embarcadero is hereby DENIED AS MOOT.

**SIGNED this 11th day of July, 2016.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE